5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 7 UNITED STATES OF AMERICA, | ) | |
| 8         Plaintiff, | ) ) ) | |
| 9   v. | ) ) | 2:12-CR-322-MMD-(VCF) |
| 10 TIMOTHY HINES, | ) ) | |
| 11         Defendant. | ) | |

12 **PRELIMINARY ORDER OF FORFEITURE**

13     This Court finds that on April 22, 2013, defendant TIMOTHY HINES pled guilty to Count

14 One of a One-Count Criminal Indictment charging him in Count One with Felon in Possession of

15 a Firearm, in violation of Title 18, United States Codes, Section 922(g)(1). Criminal Indictment, ECF

16 No. 1; Amended Change of Plea Minutes, ECF No. 21.

17     This Court finds defendant TIMOTHY HINES agreed to the forfeiture of the property set forth

18 in the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1.

19     This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

20 has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal

21 Indictment and agreed to in the Plea Agreement and the offense to which defendant TIMOTHY

22 HINES pled guilty. Criminal Indictment, ECF No. 1; Amended Change of Plea Minutes, ECF No.

23 21; Plea Agreement, ECF No. 22.

24     The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

25 924(d)(1) and Title 28, United States Code, Section 2461(c):

26 . . .

      a.    a Bersa Thunder 380, .38 caliber semi-automatic handgun, serial number obliterated;

           and

      b.    any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of TIMOTHY HINES in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    Michael A. Humphreys  
    Assistant United States Attorney  
    Lloyd D. George United States Courthouse  
    333 Las Vegas Boulevard South, Suite 5000  
    Las Vegas, Nevada 89101.

. . .

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.
5     DATED this __27th__ day of __April_____, 2013.

                                               _____
                                               UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Preliminary Order of Forfeiture on April 26, 2013, by the below identified method of service:

CM/ECF:

Nisha Brooks-Whittington
Federal Public Defenders Office
411 E. Bonneville Ave.
Las Vegas, NV 89101
nisha_brooks@fd.org
Attorney for Timothy Hines


/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal